Date: 4·10·15

To: Whom Concerned

79,927-02

I was writing the courts in response to Mr. Jerome Godinich's affidavit. Mr. Godinich is only saying those things to cover his actions from the past. I had no knowlege about a Pre-Sentence Investigation (PSI) at the time of me wanting to go to trial. If you look at the dates I was scheduled to go to trial a few months from the date I signed for a (PSI).

The reason he is doing this also is cause of the motion I filed to hold him in contempt of court for not following the trial courts original and Revearse orders. Inclosed is a copy of said motion. Please take into consideration it has taken him over three (3) years to do as told. Also could you make a copy of the motion and send me back my copy for my records in case I have to go to the higher courts.

Sincerly

Samuel Davis

Samuel Davis

4·6·15

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 10 2015

Abel Acosta, Clerk

C.C.F

Samuel Prophet Davis
movant 2nd motion

vs

The State of Texas

✳

✳

✳

In the 209th Judicial District

Court of

Harris County Tx.

FILED
CHRIS DANIEL DISTRICT CLERK
HARRIS COUNTY, TEXAS
2015 MAR 27 AM 11:35

## Motion to Hold Trial Counsel In Contempt

To The Honorable Judge of said court:

Comes now Samuel Prophet Davis, movant, IN PROSE in the above style And cause numbers. And files this motion to hold trial counsel in contempt, pursuant Fed. Cir. Proc. R. 70 (E). Movant will show the court the following:

### I.

Movant fileled his original 11.07 writ of habeas corpus on 1.10.12 And the trial court issued an order for trial counsel to provide an affidavit addressing the allegations contained in the writ of habeas corpus on 1.31.12. On 2.5.14 movant filed a writ of mandamus with the court of criminal appeals to have his 11.07 writ of habeas corpus forwarded to its courts And such writ was recieved by the C.C.A on 3.3.2014.

On 6.11.14 the C.C.A. issued an order for the 179th district court to have trial counsel file an affidavit addressing the issues And informed the district court could use the prophedures set out in Tex. Code. Crim. Proc. 11.07 sec 3(d) to resolve the issues; And such issues shall be Resolved within 90 days.

1.)

C.C.F.

Movant contends that it has been 163 working days and 234 calendar days since the order was issued by the court of criminal appeals and trial counsel has failed to comply with the time specified in the trial courts order to file an affidavit. As well as the time specified in the C.C.A. order to file such affidavit.

Movant contends that it has been 34Ds since the filing of his original writ of habeas corpus and the trial court has provided trial counsel with ample amount of time to provide a response to the allegations set out in the writ application. And counsels failure to comply with the orders issued is causing further delay.

## Prayer of Relief

Wherefore, movant respectfully prays that this 179th district court grant this motion to hold trial counsel in contempt and issue an order for trial counsel to provide an immediate affidavit; or in the movant request for a evidentiary hearing to be conducted where testimony of movant Samuel Prophet-Davis, Nicole J Davis 7901 Leavola #12 Houston, Tx 7706 and Tiffany Cooper 5110 Nassau Houston, Tx 77021 concerning the issues set out in his writ of habeas corpus can be provided in assisting the court of criminal appeals in reaching a just decision.

Samuel Prophet Davis

## Certificate of Service

I, Samuel Prophet Davis #1073478, hereby certify that this motion to hold trial counsel in contempt was mailed by U.S.P.S.

To: Chris Daniel     on   3.15.15  .

Executed on 3.15.15

Samuel Prophet Davis

3.)

C.C.F.

Cause Nos. 863886: 862158: 862159:

Samuel Prophet Davis     &#42;     In the 129th district

vs.     &#42;     Court of

The State of Texas     &#42;     Harris County. Texas

## Propose Order

On the ___ day of ___ 20___. Came to be heard movants motion to hold trial counsel in contempt and after due consideration of the same it is the courts determination that said motion is:

Granted to hold trial counsel in contempt and for such counsel to provide an immediate affidavit: or

Granted to hold a evidentiary hearing for movant to provide evidence and testimonial witnesses.

Its further ordered that the trial court inform movant of this courts ruling.

Signed _____

_____
Presiding Judge

4.)

C.C.F.